The Honorable THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PACIFIC BELLS, LLC; BRUNSWIKST, LLC; and WOW DISTRIBUTING, INC., in their own and on behalf of similarly situated employers,<br><br>and<br><br>MELISSA JOHNSTON; LENA MADDEN; JUDI CHAPMAN; KATHERINE SOLAN; JOHN EDMUNDSON; and MIKE LINDBO, individuals on their own behalf and on behalf of similarly situated employees,<br><br>           Class Plaintiffs,<br>   v.<br><br>JAY INSLEE, in his capacity as Governor of the State of Washington; CAMI FEEK, in her capacity as the Commissioner and Chief Executive Officer of the Washington Employment Security Department; DONALD CLINTSMAN, in his capacity as the Acting Secretary of the Washington Department of Social and Health Services; and THE LONG-TERM SERVICES AND SUPPORTS TRUST FUND, an employee benefit plan,<br><br>                 Defendants. | NO. 21-cv-01515-TSZ<br><br>STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND ESTABLISHING A BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br><br>DATE OF FILING |

### I. STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND ESTABLISHING A BRIEFING SCHEDULE
NO. 21-CV-01515-TSZ

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1.    The parties met and conferred on December 7, 2021, concerning Defendants' plans to respond to Plaintiffs' complaint. Defendants disclosed their current intent on filing a motion under Federal Rule of Civil Procedure 12(b)(1) in lieu of an answer.

2.    If Defendants do respond to Plaintiffs' complaint with a motion under Rule 12(b), it will benefit the parties and the Court for the parties to have a full opportunity to brief the issues. Due in large part to the upcoming holiday season, a schedule other than that allowed by the Local Rules would be in the interest of justice.

3.    The parties agree to the following schedule:

    a. Defendants to respond to Plaintiffs' complaint by January 7, 2022;

    b. If Defendants' response is by way of a motion under Federal Rule of Civil Procedure 12(b), Defendants shall note that motion for February 18, 2022, notwithstanding Local Rule of Civil Procedure 7;

    c. Plaintiffs shall have until February 9, 2022 to respond to such motion;

    d. Defendants' reply in support of such motion shall be due on the noting date.

RESPECTFULLY SUBMITTED this 8th day of December 2021.

DAVIS WRIGHT TREMAINE, LLP

  *s/ Richard J. Birmingham*
RICHARD J. BIRMINGHAM, WSBA NO. 8685
CHRISTINE HAWKINS, WSBA NO. 44972

*Attorneys for Plaintiffs*

ROBERT W. FERGUSON
Attorney General

  *s/ William McGinty*
WILLIAM MCGINTY, WSBA NO. 41868
*Assistant Attorney General*
DANIEL J. JUDGE, WSBA NO. 17392
*Senior Counsel*

*Attorneys for Defendants*

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND ESTABLISHING A BRIEFING SCHEDULE
NO. 21-CV-01515-TSZ

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

## II.   ORDER

IT IS HEREBY ORDERED that:

1. The stipulation of the parties is APPROVED AND ADOPTED; Dkt. #12-1 is AMENDED. Defendant's deadline for answering Plaintiffs' complaint (Dkt. #1) under Federal Rule of Civil Procedure 12 is extended to January 7, 2022. Should that response take the form of a motion, the following briefing schedule shall apply:

    a. Defendants shall note a motion filed in lieu of an answer for February 18, 2022;

    b. Plaintiffs' response shall be due on February 9, 2022;

    c. Defendants' reply shall be due on February 18, 2022;

2. The Clerk is directed to forward copies to the parties.

Dated this _____ day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE/ UNITED STATES MAGISTRATE JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

   *s/ William McGinty*
WILLIAM MCGINTY, WSBA NO. 41868
*Assistant Attorney General*
DANIEL J. JUDGE, WSBA NO. 17392
*Senior Counsel*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND ESTABLISHING A BRIEFING SCHEDULE
NO. 21-CV-01515-TSZ

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| | |
|---|---|
| 1 | Telephone: (360) 586-6565 |
| 2 | Fax: (360) 586-6657 |
|   | Email:   William.McGinty@atg.wa.gov |
| 3 | Daniel.Judge@atg.wa.gov@atg.wa.gov |
| 4 | *Attorneys for Defendants* |
| 5 | |
| 6 | Approved for Entry by: |
| 7 | DAVIS WRIGHT TREMAINE, LLP |
| 8 | |
| 9 |   *s/ Richard J. Birmingham*  |
|   | RICHARD J. BIRMINGHAM, WSBA NO. 8685 |
| 10 | 920 Fifth A venue, Suite 3300 |
|   | Seattle, WA 98104-1610 |
| 11 | Telephone: 206.622.3150 |
|   | Fax: 206.757.7700 |
| 12 | Email: richardbirmingham@dwt.com |
| 13 | |
|   | CHRISTINE HAWKINS, WSBA NO. 44972 |
| 14 | 929 108th Avenue NE, Suite 1500 |
|   | Bellevue, WA 98004-4 786 |
| 15 | Telephone: 425.646.6100 |
|   | Fax: 425.646.6199 |
| 16 | Email: christinehawkins@dwt.com |
| 17 | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND ESTABLISHING A BRIEFING SCHEDULE
NO. 21-CV-01515-TSZ

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the state of Washington and the United States that on December 8, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all Parties in this action who are registered users of the CM/ECF System. The NEF specifically identifies recipients of electronic notice:

RICHARD J. BIRMINGHAM
Email: richardbirmingham@dwt.com

CHRISTINE HAWKINS
Email: christinehawkins@dwt.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of December 2021.

    *s/ William McGinty*
WILLIAM MCGINTY
*Assistant Attorney General*

STIPULATION AND ORDER
EXTENDING TIME FOR RESPONSE
AND ESTABLISHING A BRIEFING
SCHEDULE
NO. 21-CV-01515-TSZ

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565