UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC BELLS, LLC, et al.,

    Plaintiffs,

v.

JAY INSLEE, in his capacity as Governor of the State of Washington, et al.,

    Defendants.

C21-1515 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 13, is GRANTED as follows:

    (a) The deadline for defendants to file a responsive pleading or motion is further EXTENDED to January 7, 2022; and

    (b) Any responsive motion filed by defendants shall be noted for February 18, 2022; any response to such motion shall be filed by February 9, 2022, and any reply shall be filed by the noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of December, 2021.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1