The Honorable THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PACIFIC BELLS, LLC; BRUNSWIKST, LLC; and WOW DISTRIBUTING, INC., in their own and on behalf of similarly situated employers, <br><br> and <br><br> MELISSA JOHNSTON; LENA MADDEN; JUDI CHAPMAN; KATHERINE SOLAN; JOHN EDMUNDSON; and MIKE LINDBO, individuals on their own behalf and on behalf of similarly situated employees, <br><br> Class Plaintiffs, <br><br> v. <br><br> JAY INSLEE, in his capacity as Governor of the State of Washington; CAMI FEEK, in her capacity as the Commissioner and Chief Executive Officer of the Washington Employment Security Department; DONALD CLINTSMAN, in his capacity as the Acting Secretary of the Washington Department of Social and Health Services; and THE LONG-TERM SERVICES AND SUPPORTS TRUST FUND, an employee benefit plan, <br><br> Defendants. | NO. 21-cv-01515-TSZ <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS <br><br> NOTE ON MOTION CALENDAR: <br><br> FEBRUARY 18, 2022 |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS
NO. 21-CV-01515-TSZ

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Pursuant to Local Civil Rule 7(n), Defendants respectfully submit this Notice of Supplemental Authority in support of its Motion to Dismiss (Dkt. #17), particularly applicable to Sections II.C and IV.A of such motion at pages 5-6 and 8-12.

1. Long-Term Services and Supports Trust Program—Delay and Qualified Individuals, Wash. Laws of 2022, ch. 1 (delaying the collection of WA Cares premiums to July 1, 2023 and making other changes to the program) (effective January 27, 2022);[1]

2. Long-Term Services and Supports Trust Program—Voluntary Exemptions, Wash. Laws of 2022, ch. 2 (making certain changes to the WA Cares program) (effective June 9, 2022).[2]

DATED this 31st day of January, 2022.

ROBERT W. FERGUSON
Attorney General

*s/ William McGinty*
WILLIAM MCGINTY, WSBA NO. 41868
JACOB DISHION, WSBA NO. 46578
*Assistant Attorneys General*
DANIEL J. JUDGE, WSBA NO. 17392
*Senior Counsel*

*Attorneys for Defendants*

---

[1] Available at https://lawfilesext.leg.wa.gov/biennium/2021-22/Pdf/Bills/Session%20Laws/House/1732-S.SL.pdf?q=20220128103929.

[2] Available at https://lawfilesext.leg.wa.gov/biennium/2021-22/Pdf/Bills/Session%20Laws/House/1733-S.SL.pdf?q=20220128104237.

NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION
TO DISMISS
NO. 21-CV-01515-TSZ

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Richard J. Birmingham | richardbirmingham@dwt.com |
| Christine Hawkins | christinehawkins@dtw.com |
| Wm. Brent Hamilton Jr. | brenthamilton@dwt.com |

I certify under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

EXECUTED this 31st day of January, 2022, at Olympia, Washington.

*s/ William McGinty*
WILLIAM MCGINTY
*Assistant Attorney General*

NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION
TO DISMISS
NO. 21-CV-01515-TSZ

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565