UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC BELLS, LLC, et al.,

        Plaintiffs,

  v.

JAY INSLEE, in his capacity as Governor of the State of Washington, et al.,

        Defendants.

C21-1515 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' response, docket no. 20, to defendants' motion to dismiss is TREATED as a motion for leave to amend, and is NOTED for March 18, 2022. On or before the noting date, defendants shall file a brief, not to exceed five (5) pages in length, concerning whether plaintiffs should be permitted to electronically file an amended complaint in the form attached as Exhibit K to the Declaration of Richard Birmingham, docket no. 21-11. No reply shall be filed by plaintiffs unless requested by the Court.

(2) Defendants' motion, docket no. 22, to strike Exhibit A to the Declaration of Richard Birmingham, docket no. 21-1, is DENIED. On or before March 18, 2022, defendants may file their own summary, not to exceed five (5) pages in length, regarding the background of, current status of, and anticipated amendments to the statute at issue.

(3) Defendants' motion to dismiss, docket no. 17, is RENOTED to April 1, 2022. Oral argument (to be conducted in person, at the United States Courthouse in Seattle) is SET for Friday, April 1, 2022, at 10:00 a.m.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2022.

                                    Ravi Subramanian  
                                    Clerk

                                  s/Gail Glass  
                                  Deputy Clerk

MINUTE ORDER - 2